

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00355-CR

**EX PARTE** Barry **MOORE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Rebeca C. Martinez, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On May 28, 2019, relator filed in this court an "Application for Writ of Habeas Corpus Seeking Release Under Texas Code of Criminal Procedure Article 17.151," which we will construe as a petition for writ of mandamus complaining of the trial court's refusal to set for a hearing and rule on relator's "Third Application for Writ of Habeas Corpus Seeking Release Because of Delay Under Article 17.151." On June 3, 2019, the trial court provided this court with a courtesy copy of an "Order of Setting" in which the respondent set a hearing on relator's application for July 2, 2019. Because relator obtained the relief requested, we dismiss his petition for writ of mandamus as moot.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 19-0876-CV-A, styled *The State of Texas v. Barry Moore*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.